**Richard A. COLE, Plaintiff–Appellant,**

v.

**AETNA LIFE & CASUALTY COMPA-
NY, United Parcel Service, Inc.,
Welchs, Citigroup, Aetna U.S. Health-
care, Aetna Services Inc., Frost Build-
ers Supplies Inc., Employee Welfare
Benefit Plan, Moorco Intl Inc., Em-
ployee Welfare Benefit Plan, Frito
Lay, Inc, Employee Welfare Benefit
Plan, Electric Materials Co, Employee
Welfare Benefit Plan, PET/VAN De
Kamp, Employee Welfare Benefit
Plan, Ethan Allen, Employee Welfare
Benefit Plan, Inland Container, Em-
ployee Welfare Benefit Plan, UPS
Health Care Package, Defendants–Ap-
pellees.**

No. 03–9151–CV.

United States Court of Appeals,
Second Circuit.

May 10, 2006.

Richard A. Cole, Newburyport, Massa-
chusetts (on submission), Plaintiff–Appel-
lant, pro se.

Vaughan Finn, Shipman & Goodwin,
LLP (Marin K. Lorenson on the brief)
New Haven, Connecticut (on submission),
for Defendants–Appellees.

David S. Preminger, Rosen Preminger
& Bloom LLP, New York, New York (on
submission), Amicus Curiae.

Henry J. Fieldman, Schnader Harrison
Segal & Lewis LLP, New York, New York
(John J. Hay, Jennifer Nestle, Schnader
Harrison Segal & Lewis LLP, New York,
New York, on the brief; Stephanie Kan-
wit, Julie Simon Miller, America's Health
Insurance Plans, Inc., Washington, D.C.)
(on submission), for Amicus Curiae Amer-
ica's Health Insurance Plans, Inc., of coun-
sel.

Present: Honorable RALPH K.
WINTER, Honorable SONIA
SOTOMAYOR, Circuit Judges, and
Honorable RICHARD J. HOLWELL,
District Judge.*

### SUMMARY ORDER

ON CONSIDERATION WHEREOF,
IT IS HEREBY ORDERED, AD-
JUDGED AND DECREED that the judg-
ment of the district court is AFFIRMED.

Appellant Richard Cole, pro se, appeals
from the district court's partial grant of
summary judgment in favor of appellees
Welch Foods, Inc., Ethan Allen, Sun Com-
pany, TEMCO, and Inland Container
Group and from its decision on the merits.
Richard Cole is a former physician who
sued under the Employee Retirement In-
come Security Act of 1974 (ERISA), 29
U.S.C. § 1001, et seq., and under state law
causes of action to recover for medical
services he allegedly performed for several
patients prior to November 1992, when he
stopped practicing medicine. We presume
the parties' familiarity with the facts, the

* The Honorable Richard J. Holwell, of the
United States District Court for the Southern
District of New York, sitting by designation.

procedural history, and the scope of the issues presented on appeal.

To aid us in this appeal, we asked attorneys to file amicus briefs setting forth arguments for the pro se litigant and the insurer on various issues. We express our gratitude to them.

After examining the briefs and record, we conclude that all of Cole's claims were barred either on limitations or failure to exhaust grounds and affirm the district court's partial grant of summary judgment. Our previous dismissal of Cole's appeal of the judgment after trial remains in place.